UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Daniel Rojas<br><br>              Supervisee | Docket No. 1:11-CR-00208-01 (JMF)<br><br>ORDER |

Honorable Jesse M. Furman, U.S. District Judge:

    IT IS HEREBY ORDERED THAT, on July 21, 2022, the United States Marshals Service shall produce Daniel Rojas, Register Number ▮▮▮▮▮▮, at 9:00 a.m. to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY to be released to SDNY Probation.

    IT IS FURTHER ORDERED that Westchester County Department of Corrections will release Daniel Rojas with a 30-day supply of his prescribed medication for any medical/psychiatric conditions.

SO ORDERED.

Dated:    July 18, 2022
              New York, New York

                                          Honorable Jesse M. Furman
                                          U.S. District Judge