UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
                                    :   1:11-CR-00208-01 (JMF)

    -against-                       :   <u>ORDER</u>
                                    :   **Daniel Rojas**

                                    :
        Daniel Rojas
                                    :
------------------------------------X

Honorable Jesse M. Furman, United States District Judge:


    It is hereby ORDERED: For the reasons stated on the record
during a violation of probation conference held on June 1, 2022,
the supervised release conditions are modified to include the
following special condition:


    The supervisee, Daniel Rojas (SSN ███████████; DOB
██████████), will participate in and complete a detoxification,
rehabilitation and/or residential substance use treatment program
approved by the United States Probation Office for a period of **<u>up
to 6 months</u>**; during which time, Mr. Rojas may not leave the
facility without the consent of the Court or Probation Department.

    Mr. Rojas shall abide by all the rules and regulations of
the inpatient rehabilitation program, his supervised release, and
successfully complete the inpatient treatment program in
accordance with the treatment plan at Samaritan-Daytop Village,

Ellenville, located at ███ ██████ ████████ █████████ ██ ██████,
beginning on 7/21/2022. The supervisee shall contribute to the
cost of services rendered based on the supervisee's ability to pay
and the availability of third-party payments. The Court authorizes
the release of evaluations and reports, including the presentence
investigation report, to the treatment provider.

SO ORDERED.

    Dated: New York, New York
           July 18, 2022

    _____
    HONORABLE JESSE M. FURMAN, U.S.D.J