UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Judgment Creditor,<br>  v.<br>DANIEL ROJAS,<br>       Judgment Debtor. | 11 CR 0208 (JMF)<br><br>**STIPULATION AND<br>ORDER FOR VOLUNTARY<br>ASSIGNMENT OF EARNINGS** |

WHEREAS, on September 15, 2011, the United States of America obtained a judgment against the judgment debtor, DANIEL ROJAS, in the amount of $10,580.00, for which the outstanding balance is $9,148.51, and the parties have agreed to voluntary automatic deduction of 10% per pay period from DANIEL ROJAS's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that DANIEL ROJAS's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of DANIEL ROJAS's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for DANIEL ROJAS, 11 CR 0208.

Dated: March  , 2024
   New York, New York

_____
DANIEL ROJAS
*Judgment Debtor*

SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE
Hon. Jesse M. Furman
March 12, 2024

DAMIAN WILLIAMS
United States Attorney
_____
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711